*E-Filed 2/14/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHATETON DAVIS, | No. C 12-5124 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file an amended complaint (Docket No. 5) is GRANTED. The amended complaint shall be filed on or before April 15, 2013. **No further extensions will be granted.** Failure to file by April 15, 2013 will result in the dismissal of the action **with prejudice** under Federal Rule of Civil Procedure 41(b) for failure to prosecute. This order terminates Docket No. 5.

**IT IS SO ORDERED**.

DATED: February 14, 2013

_____
RICHARD SEEBORG
United States District Judge