UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHATETON DAVIS,

              Plaintiff,

      v.

G.D. LEWIS, et al.,

              Defendants.

/

No. C 12-5124 RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to file an amended complaint by the Court's deadline. Accordingly, this federal civil rights action is DISMISSED for failure to respond to the Court's order and pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. This dismissal is <u>without</u> prejudice. Any motion to reopen must contain an amended complaint. The Clerk shall enter judgment in favor of defendants, and close the file.

     **IT IS SO ORDERED**.

DATED: April __16__, 2013

                             RICHARD SEEBORG
                     United States District Judge