**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHATETON DAVIS, | No. C 12-5124 RS (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

The action having been dismissed, the Court hereby enters judgment in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: April 16, 2013

_____
RICHARD SEEBORG
United States District Judge

No. C 12-5124 RS (PR)
JUDGMENT